IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY JONES**                                                                                                         **PLAINTIFF**

v.                                      Case No. 4:22-CV-00856-LPR

**HERBERT WRIGHT, Judge, 4th Division**
**Circuit Court, Pulaski County, Arkansas**                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Ms. Jones's Complaint is DISMISSED without prejudice.

IT IS SO ADJUDGED this 3rd day of January 2023.

                                                                  _____
                                                                  LEE P. RUDOFSKY
                                                                  UNITED STATES DISTRICT JUDGE